UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 18-2622-MWF(SPx)**                    Dated: **March 18, 2019**

Title:     Glenn Hitomi, et al. -v- Ford Motor Company, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

           Rita Sanchez                      Amy Diaz
           Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

           Mitch Rosensweig                  Robert C. Rodriguez
                                             (Telephonic appearance)

**PROCEEDINGS:   MOTION FOR JUDGMENT ON THE PLEADINGS [10];
                 MOTION TO REMAND FILED BY PLAINTIFFS [11]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs
-1-                                          :02 min